El Pueblo *v.* Márquez.

Solicitud para que se expida un mandamiento de

Habeas Corpus.

No. 47. Resuelto en Marzo 18, 1905.

Habeas Corpus. —Extralimitación de jurisdicción.—Apelación.—Fianza.— Prisión ilegal.—Apelada una sentencia de la Corte Municipal, y prestada por el acusado fianza bastante á los efectos de tal apelación, ésta debe resolverse mediante la celebración de un nuevo juicio, y una orden de la Corte de Distrito dictada sin audiencia del acusado, y sin la celebración de dicho juicio, disponiendo la ejecución de la sentencia apelada, constituye una extralimitación de su jurisdicción, que hace ilegal la prisión del acusado y le dá derecho á ser excarcelado en un procedimiento de habeas corpus.

Id.—Mandamiento de prisión.—Si la prisión que sufriere un acusado no estuviere justificada por una copia de la sentencia que la motivara, adolecerá el mandamiento de un defecto substancial que produce su nulidad, y hace ilegal dicha prisión.

Los hechos están expresados en la opinión.

Abogado del peticionario: *Sr. Mott.*
Abogado del Pueblo: *Sr. Rossy, Fiscal.*

OPINIÓN DEL TRIBUNAL.

*Considerando* que la prisión que sufría Francisco Márquez Cuello al solicitar el auto de Habeas Corpus es ilegal, pues se funda en resolución dictada por la Corte de Distrito de Aguadilla, la que, sin audiencia de Márquez Cuello, ordenó la ejecución de la sentencia dictada por el Juez Municipal de Lares, no obstante haber prestado Márquez Cuello fianza bastante al efecto de que se resolviera mediante la celebración de nuevo juicio el recurso de apelación contra dicha sentencia interpuesto, y teniendo en cuenta además que el Alcaide bajo cuya custodia se encontraba el peticionario se ha limitado á presentar un mandamiento que le fué entregado para la prisión de Márquez Cuello, cuya prisión sólo podía estar justificada por la sentencia que la motivó, y de la que no se ha presentado copia por dicho funcionario, por todo lo cual es obvio que la Corte de Aguadilla se extralimitó en el ejercicio de su jurisdicción y que la orden para la prisión de Márquez Cuello adolece de defecto sustancial, y procede en su consecuencia se deje sin efecto dicha prisión.

Se decreta la libertad definitiva del peticionario y se ordena la cancelación de la fianza que prestara en esta Corte para su libertad provisional.

*Excarcelado.*

Jueces concurrentes: Sres. Presidente Quiñones, y Asociados, Hernández y Figueras.

El Juez Asociado Sr. Wolf también concurrió, pero expresando no estar conforme con los fundamentos de la resolución.

El Juez Asociado Sr. MacLeary no tomó parte en la resolución de este caso.